UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br>Plaintiff,<br>v.<br>ROSEMARY OROZCO,<br>Defendant. | Case No. 21-cv-02132-YGR (PR)<br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

This matter was opened as a *pro se* civil rights action on March 26, 2021, when the Court received from Plaintiff Antoine Deshawn Barnes, who is an inmate at Monterey County Jail, a document entitled, "Discovery Motion Per Live In Person Interview with Rosemary Orozco, Petitioner, an[d] [P]residing Judge on Facetime to Resolve Conflict of Interest." Dkt. 1.

On the same date, the Clerk of the Court notified Plaintiff in writing that his action was deficient in that he had not submitted his complaint on a proper complaint form and had not submitted an *in forma pauperis* ("IFP") application. The Clerk further notified him that this action would be dismissed if he did not submit a complaint on the proper form and a completed IFP application within twenty-eight days. The Clerk sent Plaintiff a blank civil rights complaint form as well as a prisoner's IFP application.

More than twenty-eight days have passed, and Plaintiff has not filed the necessary documents or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: May 13, 2021

JUDGE YVONNE GONZALEZ ROGERS
United States District Judge