UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTOINE DESHAWN BARNES,

    Plaintiff,

v.

ROSEMARY OROZCO,

    Defendant.

Case No. 21-cv-02132-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff has filed the present *pro se* prisoner action under 42 U.S.C. § 1983. On February 27, 2023, mail directed to plaintiff by the Court was returned to the Clerk of the Court with a notation that it was undeliverable because plaintiff was "Not in Custody." Dkt. 15. To date, plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* L.R. 3-11(a). The Court may dismiss without prejudice a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

More than sixty days have passed since the mail directed to plaintiff by the Court was returned as undeliverable. The Court has not received a notice from plaintiff of a new address. Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: May 9, 2023

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge